UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

24 CAPITAL LLC, and DIVERSE CAPITAL LLC

                Petitioners,                **NOTICE OF PETITION**

- against-

DANIEL GELBINOVICH,

                Respondent.

------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Petition, dated June 27, 2022, and and the corresponding Memorandum of Law, Petitioners will move the United States District Court for the Eastern District of New York at 225 Cadman Plaza East, Brooklyn, NY 11201 on July 25, 2022, at 10:00 A.M. in the forenoon of that day or as soon thereafter as counsel may be heard, for an Order pursuant to Federal Rule of Civil Procedure 27 authorizing the Petitioners to presently take depositions of the persons and entities named in the Petition for the purpose of perpetuating their testimony, together with such other and further relief as this Court deems proper.

**PLEASE TAKE FURTHER NOTICE**, that responsive pleadings, if any, are to be served upon the undersigned at least seven (7) days prior to the return date.

Dated: New York, NY
       June 27, 2022

                              Yours Etc.,

                              JACOBS PC

                              */s/ Leo Jacobs*
                              Leo Jacobs, Esq.
                              *Attorneys for Petitioners*
                              450 Lexington Avenue, Floor 4
                              New York, NY 10017
                              (718) 772-8704
                              leo@jacobspc.com