**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*2844416*

Index no :22CV3765

| Plaintiff(s): | 24 CAPITAL LLC, AND DIVERSE CAPITAL LLC |
|---|---|
| Defendant(s): | DANIELGELBINOVICH |

STATE OF NEW YORK
COUNTY OF SUFFOLK     ss.:

**Lisandro Luna**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK .

On 07/12/2022 at 6:43 PM, I served the within **NOTICE OF PETITION, SUMMONS, PETITION AND MEMORANDUM OF LAW** on **DANIEL GELBINOVICH** at **490 OCEAN PARKWAY APT 73, BROOKLYN, NY 11218** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of said documents to **JANE SMITH-NAME REFUSED, CO-OCCUPANT**, a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

Deponent also enclosed a copy of same to the above recipient at 490 OCEAN PARKWAY APT 73, BROOKLYN, NY 11218 in a postpaid sealed properly addressed wrapper not indicating that the mailing was from an attorney or concerned legal action and marked PERSONAL AND CONFIDENTIAL and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State. MAILED ON 07/13/2022 CERTIFIED AND FIRST CLASS MAIL. Article# 70190700000183126436;

Comments: **BRICK BUILDING, GLASS DOOR**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age aprx | Height aprx | Weight aprx |
|---|---|---|---|---|---|
| Female | White | Blonde | 45 | 5ft4in - 5ft7in | 150-174 lbs |
| Other Features: | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on 7/13/22     X _____
Lisandro Luna
License# 2011018
Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

Notary Public,

SUSAN R. RAMIREZ
Notary Public, State of New York
No. 01RA5002939
Qualified in Suffolk County
Commission Expires Oct. 13, 2022

JACOBS P.C.
450 LEXINGTON AVENUE
FOURTH FLOOR
NEW YORK, NY 10017
718-772-8704

Atty File#: GELBINOVICH NOP