

*Leo Jacobs*
*Jacobs PC*
*Telephone: (718) 772-8704*
*Email:* leo@jacobspc.com

July 26, 2022

<u>*Via NYSCEF*</u>
The Honorable Eric N. Vitaliano
U.S. Bankruptcy Court Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

      Re:    **24 Capital LLC and Diverse Capital LLC v. Daniel Gelbinovich (no. 22-cv-03765)**

Dear Honorable Vitaliano:

    Jacobs PC represents the petitioners 24 Capital LLC and Diverse Capital LLC in the above-referenced case. We have been in touch with the chambers of the magistrate judge for this case (Hon. Vera M. Scanlon). They informed us to contact Your Honor in order to schedule a hearing for our petition seeking an Order pursuant to Federal Rule of Civil Procedure 27 authorizing the petitioners to presently take depositions of Daniel Gelbinovich for the purpose of perpetuating his testimony.

    Mr. Gelbinovich was served with the notice of petition, summons, petition and memorandum of law on July 12, 2022. Accordingly, we would request that the Court hold oral argument on August 12, 2022.

                                        Respectfully submitted,

                                        <u>*/s/Leo Jacobs*</u>
                                           Leo Jacobs